# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

UNITED STATES OF AMERICA

v.

BRENT CLARKE

Case No:  8:03-cr-288-T-23MAP
USM No:  41285-018

Date of Previous Judgment: April 6, 2004

Defendant's Attorney: Tracy Dreispul, afpd

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

The parties stipulate (Doc. 631) that, under 18 U.S.C. § 3582(c)(2) a reduction of the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u) is appropriate. Having reviewed the papers,

**IT IS ORDERED** that the stipulation is:

☐ DENIED.
☒ APPROVED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ninety-seven (97) months **is reduced to SEVENTY-EIGHT (78) MONTHS.**

## I. COURT DETERMINATION OF GUIDELINE RANGE (prior to any departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 31 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 108 to 135 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the April 6, 2004, judgment shall remain in effect.

ORDERED in Tampa, Florida, on _____March 21st_____, 2008.

Effective Date: _____
(if different from order date)

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE